**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ | ) | |
| (DROSPIRENONE) MARKETING, SALES | ) | **3:09-md-02100-DRH** |
| PRACTICES AND PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | **MDL No. 2100** |
| | ) | |

**This Document Relates To:**

 *Tonya Roberson v. Bayer Corporation, et al.* No. 15-yz-00374-DRH

**JUDGMENT IN A CIVIL CASE**

 **DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

 **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on July 6, 2015, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

       **JUSTINE FLANAGAN,**
       **ACTING CLERK OF COURT**

       **BY:  /s/*Caitlin Fischer***
       Digitally signed by **Deputy Clerk**
       David R. Herndon
       Date: 2015.07.07
       08:26:28 -05'00'

APPROVED:
   DISTRICT JUDGE
   U. S. DISTRICT COURT